UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGIE HAMILTON,

    Plaintiff,

v.

Case No. 20-cv-10006
Hon. Matthew F. Leitman

EDUCATION CREDIT
MANAGEMENT CORP.,

    Defendant.
_____/

## ORDER TO APPEAR FOR VIDEO HEARING ON PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 19)

In this action, Plaintiff Margie Hamilton alleges that Defendant Educational Credit Management Corporation ("ECMC") does not have authority to collect on her outstanding student loan debt. (*See* Am. Compl., ECF No. 12.) ECMC filed a motion to dismiss and/or for summary judgment on March 3, 2020. (*See* Mot. to Dismiss, ECF No. 13.) The motion was referred to the assigned Magistrate Judge. (*See* Order of Referral, ECF No. 9.) On September 22, 2020, the Magistrate Judge issued a report and recommendation in which she recommended that the Court grant the motion (the "R&R"). (*See* R&R, ECF No. 18.)

Hamilton has now filed objections to the R&R. (*See* Objections, ECF No. 19.) The Court has reviewed the objections and will hold a video hearing on them on the Zoom video platform. Accordingly, the parties are **ORDERED** to appear for a

1

Zoom video hearing on Hamilton's objections to the R&R.  The hearing will take place on **March 26, 2021, at 9:30 a.m.**  Information for how to access the video hearing will be included on the public docket for this action and in a formal Notice of Hearing that the Court will issue and serve upon the parties.

    **IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman  
                                                          MATTHEW F. LEITMAN  
                                                          UNITED STATES DISTRICT JUDGE

Dated:  March 8, 2021

    I hereby certify that a copy of the foregoing   document was served upon the parties and/or counsel of record on March 8, 2021, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda  
                                                          Case Manager  
                                                          (810) 341-9764