UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGIE HAMILTON,

    Plaintiff,

v.

Case No. 20-cv-10006
Hon. Matthew F. Leitman

EDUCATION CREDIT
MANAGEMENT CORP.,

    Defendant.
_____/

## JUDGMENT

In accordance with (1) the Order Granting Defendant's Second Motion to Dismiss and Motion for Summary Judgment entered on this day and (2) the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss entered on March 26, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                KINIKIA ESSIX
                CLERK OF COURT

        By:    s/Holly A. Monda
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 1, 2021
Flint, Michigan